IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER BANKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:09-0877 |
| v. ) | JUDGE HAYNES |
| ) | |
| ANIXTER, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Court has been advised by counsel that all remaining matters and things in controversy in this action have been compromised and settled.

This action is **DISMISSED** without prejudice to the right, upon good cause shown within thirty (30) days, to reopen this action if the settlement is not consummated.

It is so **ORDERED**.

**ENTERED** this the 10th day of November, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge